# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: awong | Date Created: 1/20/2010 |
| Case: 10–30153 | Form ID: IFPG | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
tr      E. Lynn Schoenmann      tteeschoenmann@earthlink.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jeffrey Kent Johnston      P.O. Box 14455      San Francisco, CA 94114–0455

TOTAL: 1