Form SFOFFind

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Jeffrey Kent Johnston <br>   aka   Jeff Johnston <br>   dba   Pride Mortgage <br>   dba   Diversified Investment Properties <br>   fdba Lexis Properties <br>   fdba Silverado Properties <br>   fdba Nexis Properties <br>   fdba Seville Properties <br>   fdba Prescott Properties <br>   fdba Lexington Properties <br>   fdba Desperado Properties <br>   fdba Weston Properties <br>   fdba Bradford Properties <br>           Debtor(s) | Case No.: 10–30153 TEC 7 <br> Chapter: 7 |

## ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below.

\* A Certificate from the Approved Nonprofit Budget and Credit Counseling Agency that prior to the filing of the petition, provided the debtor services under Bankruptcy Code, Section 109(h).
\*

IT IS HEREBY ORDERED that unless within **14 DAYS OF THE DATE OF THIS ORDER**, the debtor(s) file(s) the document(s) listed above, the court **MAY DISMISS** this case without further notice or hearing.

IT IS HEREBY ORDERED that unless **WITHIN 45 DAYS AFTER THE PETITION DATE**, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §§521(a)(1); (b) files a written request under 11 U.S.C. §§521(i)(3) for additional time to do so; or (c) **OBTAINS AN ORDER** excusing the filing of the documents, **THIS CASE WILL BE AUTOMATICALLY DISMISSED**, pursuant to 11 U.S.C. §§521(I).

Dated: 1/21/10

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge