# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: mbrannon | Date Created: 1/21/2010 |
| Case: 10−30153 | Form ID: SFOFFIND | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
tr      E. Lynn Schoenmann      tteeschoenmann@earthlink.net

                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jeffrey Kent Johnston      P.O. Box 14455      San Francisco, CA 94114−0455

                                             TOTAL: 1