To: Clerk @ 415-268-2303    From: Jeff Johnston    Pg 1/ 2 01/19/10 6:40 pm

# Facsimile Transmittal

# FAX

**FILED**
JAN 1 9 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

To: Clerk
Fax Number: 4152682303
Pages: 2 (including cover page)
Re: Counseling for individuals NOT with primarily consumer debt

From: Jeff Johnston
Date: 01/19/2010

Case # 10-30153
T7C7

**Comments:**

Hi,

I filed my case today and was told that I was subject to the counseling requirement under 11 USC Sect. 521(b) even though my debt is NOT primarily consumer debt.

The bankruptcy court's website quotes this language:

Under "How Chapter 7 Works":

Individual debtors with primarily consumer debts have additional document filing requirements. They must file: a certificate of credit counseling and a copy of any debt repayment plan developed through credit counseling; evidence of payment from employers, if any, received 60 days before filing; a statement of monthly net income and any anticipated increase in income or expenses after filing; and a record of any interest the debtor has in federal or state qualified education or tuition accounts.

http://www.uscourts.gov/bankruptcycourts/bankruptcybasics/chapter7.html#work

Hence, it is my position that counseling is not required in my case. On the basis of the above, I respectfully request waiver of the counseling requirement. Should that be denied, I request additional time to complete that requirement.

I look forward to your response.

Sincerely,

Jeff Johnston, Debtor

Case#: 10-30153-TEC7
filed: 01/19/2010 at 3:50pm
Judge: Thomas Carlson
Trustee: Lynn Schoenmann