Form IFPG

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Jeffrey Kent Johnston<br>    aka   Jeff Johnston<br>    dba   Pride Mortgage<br>    dba   Diversified Investment Properties<br>    fdba  Lexis Properties<br>    fdba  Silverado Properties<br>    fdba  Nexis Properties<br>    fdba  Seville Properties<br>    fdba  Prescott Properties<br>    fdba  Lexington Properties<br>    fdba  Desperado Properties<br>    fdba  Weston Properties<br>    fdba  Bradford Properties<br>           Debtor(s) | Case No.: 10−30153<br>Chapter: 7 |

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application is hereby

☒ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☐ DENIED.

IT IS FURTHER ORDERED THAT:

    ☐ PAY IN FULL. The debtor shall pay the Chapter 7 filing fee in full within (14) days of the date this Order was entered.

    ☐ INSTALLMENTS. The debtor shall begin making installment payments according to the following terms:

    $ _____ on or before _____
    $ _____ on or before _____
    $ _____ on or before _____
    $ _____ on or before _____

**Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.**

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS AS DIRECTED ABOVE, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING: A hearing to consider the debtor's "Application for Wavier of the Chapter 7 Filing Fee" shall be held on:

| **DATE:** | **TIME:** |
|---|---|
| | |

| LOCATION: |
|---|

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Dated: 1/20/10                                      By the Court:

                                                    Thomas E. Carlson
                                                    United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: awong              Page 1 of 1              Date Rcvd: Jan 20, 2010
Case: 10-30153                Form ID: IFPG            Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 22, 2010.
db            Jeffrey Kent Johnston,    P.O. Box 14455,    San Francisco, CA   94114-0455

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2010**                    Signature:              *Joseph Speetjens*