# UNITED STATES BANKRUPTCY COURT
### Northern District of California (San Francisco)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/19/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jeffrey Kent Johnston
aka Jeff Johnston, dba Pride Mortgage, dba Diversified
Investment Properties, fdba Lexis Properties, fdba
Silverado Properties, fdba Nexis Properties, fdba
Seville Properties, fdba Prescott Properties, fdba
Lexington Properties, fdba Desperado Properties, fdba
Weston Properties, fdba Bradford Properties
P.O. Box 14455
San Francisco, CA 94114–0455

| | |
|---|---|
| Case Number:<br>10–30153 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–8517 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey Kent Johnston<br>P.O. Box 14455<br>San Francisco, CA 94114–0455<br>Telephone number: (415) 404–6707 | Bankruptcy Trustee (name and address):<br>E. Lynn Schoenmann<br>800 Powell Street<br>San Francisco, CA 94108<br>Telephone number: 415–362–0415<br>Email: tteeschoenmann@earthlink.net |

### Meeting of Creditors
Date: **February 24, 2010**     Time: **11:00 AM**
Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 4/26/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>235 Pine Street, 19th floor<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415–268–2300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 1/21/10 |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

# EXPLANATIONS   FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Actions by Trustee Permitted Without Notice | Unless an objection is filed within 14 days of the date of this notice, the trustee may, without further notice or hearing: (1) sell non−exempt property from an estate that has an estate that has an aggregate gross value of less than $2,500 (FRBP 6004 (D)) or (2) abandon to the debtor any scheduled asset which the trustee determines has an inconsequential net value to the estate (11 U.S.C. §§554(C)). |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: mbrannon             Page 1 of 5              Date Rcvd: Jan 21, 2010
Case: 10-30153                Form ID: SF1               Total Noticed: 247
```

The following entities were noticed by first class mail on Jan 23, 2010.
```
db              Jeffrey Kent Johnston,    P.O. Box 14455,    San Francisco, CA  94114-0455
smg             CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                  Sacramento, CA  94280-0001
smg             Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
                  Sacrament, CA  94230
ust            +Office of the U.S. Trustee / SF,    Office of the U.S. Trustee,    235 Pine St,    Suite 700,
                  San Francisco, CA 94104-2736
10617632       +4030 19th Street Apartments,    P.O. Box 5357,    Hercules, CA 94547-5357
10617634       +ACS/Bank of America,    501 Bleecker st,    Utica, NY 13501-2401
10617635      ++ADVANTA,    WELSH AND MCKEAN RD,    P O BOX 844,    SPRING HOUSE PA 19477-0844
                (address filed with court: Advanta Bank Corp.,    POB 30715,    Salt Lake City, UT 84130-0715)
10617651       +AT&T / SBC,    Attn: Bankruptcy Dept. - Business Accts,    POB 78230,
                  San Francisco, CA 94107-8230
10617652       +AT&T / South west,    Attn: Bankruptcy Dept.,    POB 78230,    San Francisco, CA 94107-8230
10617653       +AT&T Mobility,    Attn: Bankruptcy Dept.,    5407 Andrews Highway,    Midland, TX 79706-2851
10617633       +Aargon Agency Inc,    3025 W Sahara Ave,    Las Vegas, NV 89102-6094
10617636       +Alan & Pam Weaver,    8100 Ruse Springs Rd.,    Fort Worth, TX 76131-5443
10617637        Alexander N. Guerra,    5311 S Hwy AlA,    Melbourne Beach, FL 32951
10617638       +All In Management,    469 Lopes Rd, Suite H,    Fairfield, CA 94534-1623
10617639       +Allegiance Telecom of Texas,    1950 Stemmons Expr #3026,    Dallas, TX 75207-3138
10617640       +Alliant Law Group PC,    POB 468569,    Atlanta, GA 31146-8569
10617641       +Alliant Law Group PC,    2860 Zanker Road, #105,    San Jose, CA 95134-2119
10617642       +American Realty Group,    POB 775,    Keller, TX 76244-0775
10617645       +Amex (Optima Delta Skymiles Card),    POB 297814,    Fort Lauderdale, FL 33329-7814
10617646       +Andre & Teresa Johnson,    1263 Stanhope Lane,    Hayward, CA 94545-2645
10617647       +Apache County Treasurer,    Katherine D. Arviso,    POB 699,    Saint Johns, AZ 85936-0699
10617648       +Assoc Investment Corp,    Po Box 3055,    Salt Lake City, UT 84110-3055
10617650        Associated Recovery/ARS National,    POB 469046,    Escondido, CA 92046-9046
10617655        Audit & Adjustment Company,    POB 1959,    Lynnwood, WA 98046-1959
10617656       +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
10617658       +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
10617657       +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10617664       +Bank United Tx Fsb/Wam,    Po Box 4252,    Houston, TX 77210-4252
10617661        Bank of America,    POB 15184,    Wilmington, DE 19850-5184
10617659        Bank of America,    Overdraft Services,    POB 3609,    Los Angeles, CA 90051-3609
10617662        Bank of America (Fleet MC),    P.O. Box 7047,    Dover, DE 19903
10617663       +Bank of America (MBNA),    P.O. Box 17054,    Wilmington, DE 19884-0001
10617667       +Bayside Kirby Finance,    969-G Edgewater Blvd,    Foster City, CA 94404-3760
10617668        Beazer Homes,    501 W. Bush Hwy, Suite 100,    Richardson, TX 75080
10617669       +Benita Jones,    2007 Day Break Court,    Fairfield, CA 94534-6758
10617670        Billie Jo McFall,    Sunset Ranch Estates, Lot70,    Winslow, AZ 86047
10617671       +Bobby Suber and Shaunda Suber,    1308 Hennessey Ct.,    Fort Worth, TX 76131-5440
10617672       +Bonded Collection Corporation,    29 E. Madison St., #1650,    Chicago, IL 60602-4435
10617673       +Box Elder County Treasurer,    01 South Main,    Brigham City, UT 84302-2599
10617674       +C. Martin Gibson, Esq.,    394 Bel Marin Keys Blvd #3,    Novato, CA 94949-5655
10617676        CA Dept of Motor Vehicles,    POB 93232,    Sacramento, CA 94232-3250
10617675        CA Dept of Motor Vehicles,    Vehicle Registration Operations,    POB 942669,
                  Sacramento, CA 94269-0001
10617677        CA Dept of Real Estate,    2201 Broadway,    Sacramento, CA 95818-2500
10617681       +Carolyn E. Solis, LPC,    Turtle Creek Mental Health,    3626 N. Hall st., Suite 619,
                  Dallas, TX 75219-5131
10617682       +Carolyn Solis,    Personal and Confidential,    3626 N. Hall St, Ste. #619,    Dallas, TX 75219-5131
10617683       +Carolyn Solis,    2511 Wedglea #1113,    Dallas, TX 75211-2045
10617684       +Carolyn Solis,    2128 Barberry Drive,    Dallas, TX 75211-1801
10617686       +Cbna (Citibank HELOC),    Po Box 769006,    San Antonio, TX 78245-9006
10617687        Central Credit Services, Inc.,    POB 15118,    Jacksonville, FL 32239-5118
10617689       +Chad Mead & Brandi Judy,    1409 Bluff Oak Way,    Fort Worth, TX 76131-5408
10617688       +Chad and Angela Decker,    5350 Fossil Creek Blvd, Apt 1215,    Fort Worth, TX 76137-6242
10617690       +Charlotte Morelli, Bay Cites Properties,    c/o Michael C. Normoyle, Esq.,    814 14th St, Suite A,
                  Modesto, CA 95354-1028
10617692       +Chase (JP Morgan/Bank One),    Business Line of Credit,    POB 4661,    Houston, TX 77210-4661
10617695        Chisholm Ridge Homeowner's Assoc.,    POB 660124,    Dallas, TX 75266-0124
10617696       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10617698        CitiMortgage,    POB 9438,    Gaithersburg, MD 20898-9438
10617697       +Citibank,    POB 26892,    San Francisco, CA 94126-0892
10617700        City of Ft. Worth,    Water Department,    POB 870,    Fort Worth, TX 76101-0870
10617701       +City of Long Beach,    333 W. Ocean Blvd.,    Long Beach, CA 90802-4664
10617702        City of Martinez,    POB 57025,    Irvine, CA 92619-7025
10617703        City of McKinney,    POB 8000,    Mckinney, TX 75070-8000
10617704       +City of Richland Hills, Texas,    7100 Boulevard 26, Suite 101,    Richland Hills, TX 76180-8687
10617705       +Client Services, Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
10617706       +Coconino County Assessor,    110 E. Cherry Ave.,    Flagstaff, AZ 86001-4627
10617707       +CollecTech Intenational, LLC,    c/o Daniel Lubin,    28364 S. western Ave, Suite 429,
                  Rancho Palos Verdes, CA 90275-1434
10617708        Collection Bureau of America,    POB 5013,    Hayward, CA 94540-5013
10617709        Comcast Communications,    POB 34878,    Seattle, WA 98124-1878
10617710       +Commercial Realty Experts,    1151 A St, #240,    Hayward, CA 94541-4113
10617711       +Costilla County Treasurer,    POB 348,    San Luis, CO 81152-0348
10617712       +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
10617716        CreditOne, LLC,    POB 605,    Metairie, LA 70004-0605
10617717       +Creditor's Financial Group (CFG),    3131 S. Vaughn Way #110,    Aurora, CO 80014-3501
10617718       +Creditors Interchange,    80 Hol tz Drive,    Buffalo, NY 14225-1470
10617719       +Curtis & Sharon Stringfellow,    1312 Hennessey Ct.,    Fort Worth, TX 76131-5440
```

```
10617720     +Dabney Tompkins,   2182 N.W. Hoyt St. #3,    Portland, OR 97210-3270
10617721     +David Saldivar,   1151 A St, #240,    Hayward, CA 94541-4113
10617722     +Deep Green Financial,   5800 Lombardo Ctr Ste 10,    Seven Hills, OH 44131-2550
10617723     +DirecTV,   POB 6550,   Englewood, CO 80155-6550
10617725      E-Trade Securities, Inc.,   POB 1542,    Merrifield, VA 22116-1542
10617726      EBMUD,   POB 1000,   Oakland, CA 94649-1000
10617727     +ER Solutions, Inc.,   POB 6030,    Hauppauge, NY 11788-9030
10617728      ER Solutions, Inc.,   POB 9004,    Renton, WA 98057-9004
10617729      Eugene F. Carlisle,   31 7 S. 27th S t,    Richmond, CA 94804
10617730     +Fair Collections & Out,   12304 Baltimore Ave Ste,    Beltsville, MD 20705-1314
10617731     +Fair Collections & Outsourcing,   12304 Baltimore Ave, #E,    Beltsville, MD 20705-1314
10617732      Farmer's Insurance,   Payment Processing Center,    POB 660665,    Dallas, TX 75266-0665
10617733     +Farmers Insurance,   4201 Gateway Dr.,    Colleyville, TX 76034-5926
10617734     +FasTrak,   POB 26926,   San Francisco, CA 94126-6926
10617735      Financial Recovery Services, Inc.,   POB 385908,    Minneapolis, MN 55438-5908
10617736     +First Nationwide Mtg,   840 Stillwater Rd Bldg B,    West Sacramento, CA 95605-1630
10617737     +Firstsource Advantage, LLC,   205 Bryant Woods South,    Buffalo, NY 14228-3609
10617740     +Focus Receivables Management,   5601 Office Blvd NE, Suite 500,    Albuquerque, NM 87109-5873
10617741     +Forbes Park Land Owners Association,   1720 Jet Stream Dr, #200,
              Colorado Springs, CO 80921-3938
10617742     +Frederick J. Hanna & Associates, PC,   1427 Roswell Road,    Marietta, GA 30062-3668
10617743      Friedman & Wexler, LLC,   Attorneys and Counselors,    500 W. Madiosn Street, Suite 2910,
              Chicago, IL 60661-2587
10617745     +GB Collects, LLC,   145 Bradford Dr.,    West Berlin, NJ 08091-9269
10617746      GEICO,   One GEICO Plaza,   Bethesda, MD 20811-0001
10617749      GS Services LP Collection Agency,   POB 2667,    Houston, TX 77252-2667
10617748      Grayson-Collin Electric Coop,   POB 548,    Van Alstyne, TX 75495-0548
10617751      Halsbury Chambers,   Suite 548, P.O. Box CR-56766,    Halsbury Comm Centre,    Nassau, Bahamas
10617752     +Hanson Law Firm,   2245 Central Ave.,    Alameda, CA 94501-4410
10617754     +J.A. Cambece for Atlantic Credit,   Eight Burbone St.,    Peabody, MA 01960-7481
10617755     +Jack and Sylvia Bertram,   609 Ross Court,    Sonoma, CA 95476-6392
10617756     +Jason & Misty Silva,   8105 Hennessey Trail,    Fort Worth, TX 76131-5442
10617760     +Jason D. Johnston,   8866 Gulf Freeway, #550,    Houston, TX 77017-6518
10617761     +Jason D. Johnston,   c/o Danielle Kuban Johnston,    4295 Deer Creek Road,   Troy, TX 76579-3218
10617759     +Jason D. Johnston,   2840 Shadowbriar Dr.,    Houston, TX 77077-3268
10617758     +Jason D. Johnston,   PERSONAL AND CONFIDENTIAL,    c/o Cal Dive International,
              2500 Ci tyWest Blvd, #2200,   Houston, TX 77042-3031
10617757     +Jason D. Johnston,   1094 Roundrock Dr.,    Fort Worth, TX 76179-3445
10617762      Jean Claude Cherdo-Ternet,   5 route du tau,    77540 le plessis feu aussoux,    France
10617763      Jeff Davis County,   c/o Perdue Brandon Fielder Collins &Mott,    POB 50188,
              Midland, TX 79710-0188
10617764     +John M. Christner,   334 S. Overlook Dr.,    San Ramon, CA 94582-4544
10617765     +Joseph Tryon Butler,   fka Joey T. Johnston,    171 Monteci to Ave #206,   Oakland, CA 94610-4509
10617769      KBR, Inc. dba Rash Curtis & Assoc.,   POB 5790,    Vacaville, CA 95696-5790
10617766     +Kaiser Permanente Small Business,   1800 Harrison St, 6th Floor,    Oakland, CA 94612-3470
10617767     +Karla Robbins,   7016 Town Bluff,   Dallas, TX 75248-5524
10617768     +Katherine Kane, Esq.,   12400 Wilshire Blvd, #400,    Los Angeles, CA 90025-1030
10617770     +Kristen & Fred DeHaberman,   5300 Alpine Meadows,    Mckinney, TX 75071-6261
10617781     +LTD Financial Services,   7322 Southwest Fwy #1600,    Houston, TX 77074-2053
10617771     +Lake County Treasurer,   800 E. 10th St, #210,    Baldwin, MI 49304-7968
10617772     +Law Offices of Bret Yaple,   190 S. Orchard Ave, #C-250,    Vacaville, CA 95688-3656
10617774     +Leading Edge Recovery Systems,   5440 N. Cumberland Ave #300,    Chicago, IL 60656-1486
10617775      Linbarger Goggan Blair & Sampson, LLP,   POB 90067,    Harrisburg, PA 17109-0067
10617776     +Linda Tatum,   7607 Eastmark Dr, Suite 250,    College Station, TX 77840-4030
10617779     +Lisa Partin,   2511 Wedglea #1113,   Dallas, TX 75211-2045
10617778     +Lisa Partin,   2128 Barberry Drive,   Dallas, TX 75211-1801
10617780     +Lori Gunner,   7016 Town Bluff,   Dallas, TX 75248-5524
10617782     +Luna County Treasurer,   PO Drawer 1758,    Deming, NM 88031-1758
10617798    ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco Fin/27,    Po Box 7216,    Philadelphia, PA 19101)
10617792     +MRS Associates, Inc.,   1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
10617783     +Mann Bracken LLP,   2325 Clayton Road,    Concord, CA 94520-2104
10617784     +Mario Champagne,   51 Pond st.,    San Francisco, CA 94114-1606
10617785     +McCreary, Veselka, Bragg & Allen,   17 S. Chadbourne St #305,    San Angelo, TX 76903-5864
10617786      Mercantile Adjustment Bureau, LLC,   POB 9016,    Buffalo, NY 14231-9016
10617787      Messerli & Kramer,   3033 Campus Drive, #250,    Minneapolis, MN 55441-2662
10617788     +Micha & Amanda Hackman,   1341 Pheasant Run Trail,    Fort Worth, TX 76131-5209
10617789     +Michael C. Normoyle, Esq.,   814 14th St, Suite A,    Modesto, CA 95354-1028
10617790     +Mike King,   P.O. Box 31626,   Oakland, CA 94604-7626
10617791     +Mortgage Service Cente,   4001 Leadenhall Rd,    Mount Laurel, NJ 08054-4611
10617797     +NCC Business Services, Inc.,   3733 University Blvd W, #300,    Jacksonville, FL 32217-2103
10617799     +NCO Financial Systems, Inc.,   507 Prudential Road,    Horsham, PA 19044-2368
10617802     +NCO Financial Systems, Inc.,   POB 4906, Dept 64,    Trenton, NJ 08650-4906
10617801     +NCO Financial Systems, Inc.,   1804 Washington Blvd, MS 450,    Baltimore, MD 21230-1700
10617804      NWP Services Corp,   Customer Service,    POB 19661,    Irvine, CA 92623-9661
10617794     +National Financial Group, Inc.,   6110 Executive Blvd, #100,    Rockville, MD 20852-3928
10617795      National Financial Systems, Inc.,   600 W. John St.,    POB 9046,    Hicksville, NY 11802-9046
10617796     +Nationwide Credit, Inc.,   POB 740240,    Atlanta, GA 30374-0640
10617803      Nevada Power,   POB 98910,   Las Vegas, NV 89151-0001
10617805     +P&B Capital Group, LLC,   POB 25197,    Tampa, FL 33622-5197
10617814    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    120 Corporate Blvd, #100,
              Norfolk, VA 23502)
10617806      Parking Enforcement Center,   POB 5010,    San Ramon, CA 94583-0810
```

```
District/off: 0971-3           User: mbrannon            Page 3 of 5             Date Rcvd: Jan 21, 2010
Case: 10-30153                 Form ID: SF1              Total Noticed: 247
```

```
10617807       +Patelco Credit Union,    156 2nd St,    San Francisco, CA 94105-3724
10617808       +Patricia Elaine Bluitt,    4821 Greenridge,    Cordelia, CA 94534-6854
10617809        Patrick C. Hancock, Jr.,    POB 612262,    DFW Airport, TX 75261-2262
10617811        Penn Credit Corporation,    POB 988,    Harrisburg, PA 17108-0988
10617812       +Philippe Caretti,    900 S. Las Vegas Blvd #1212,    Las Vegas, NV 89101-6863
10617813       +Phillips & Cohen Assoc. Ltd.,    POB 48458,    Oak Park, MI 48237-6058
10617815       +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
10617816       +Preferred Properties of America, Inc.,    c/o John Russell, President,
                 450 Hillside Dr, Bldg B, #200,    Mesquite, NV 89027-3102
10617817       +Prescott Companies,    5966 La Place Ct, #170,    Carlsbad, CA 92008-8830
10617818        Professional Account Management,    POB 391,    Milwaukee, WI 53201-0391
10617820        Protocol Recovery Service, Inc.,    POB 333,    Panama City, FL 32402-0333
10617821       +Receivable Management Services,    4836 Brecksville Rd,    Richfield, OH 44286-9177
10617822       +Reese Investment Properties, Inc.,    c/o Jeff Reese,    4623 East Colley Rd.,
                 Beloit, WI 53511-9717
10617823       +Rhonda R. Rolandson,    14351 Melody Ln,    Malakoff, TX 75148-4151
10617825        Robert Guerra,    5311 S. Hwy AlA,    Melbourne Beach, FL 32951
10617826       +Ron Box & Associates,    18383 Preston Rd, #210,    Dallas, TX 75252-5487
10617827       +Ruth Willits,    317 S. 27th st.,    Richmond, CA 94804-2954
10617830       +SF Trial Lawyers Association,    225 Bush St, Suite 357,    San Francisco, CA 94104-4225
10617832        SFMTA,    11 South Van Ness Ave,    San Francisco, CA 94103-1226
10617831       +SFMTA,    1 South Van Ness Ave, 7th Floor,    San Francisco, CA 94103-5417
10617838       +SRA Associates,    401 Minnetonka Road,    Somerdale, NJ 08083-2914
10617828       +Scott and Jennifer Abbes,    408 Thomas Rd,    Benton, TN 37307-5207
10617829       +Sean D. Harrington,    3025 Keith Ave.,    Castro Valley, CA 94546-2921
10617833        Shawn and Margaret Haley,    275 Glendale Blvd,    Red Deer AB Canada T4P 3L3
10617834       +Soho Lofts Homeowner's Assoc.,    900 S. Las Vegas Blvd.,    Las Vegas, NV 89101-6826
10617835        Somsack Ounnarath,    Fort Worth, TX 76131
10617836       +Somsack Ounnarath,    9083 Warmspring Circle,    Stockton, CA 95210-4499
10617837       +Sprint,    Attn: Customer Service,    POB 8077,    London, KY 40742-8077
10617839       +State Bar of California,    c/o Dawnita Franklin, Moral Character,    1149 S. Hill St.,
                 Los Angeles, CA 90015-2212
10617840        Sterling Trust Company,    POB 2526,    Waco, TX 76702-2526
10617841        Street & Walker, PC,    POB 27558,    San Francisco, CA 94127-0558
10617842        Summit View Homeowners Assoc.,    POB 941169,    Plano, TX 75094-1169
10617843        Sunrise Credit Services,    POB 9100,    Farmingdale, NY 11735-9100
10617856      ++TXU ENERGY RETAIL COMPANY LP,    CO BANKRUPTCY DEPARTMENT,    PO BOX 650393,    DALLAS TX 75265-0393
               (address filed with court: TXU Energy,    POB 100001,    Dallas, TX 75310-0001)
10617845       +Terrance Matteo,    1102 N. Revere,    Mesa, AZ 85201-3215
10617846       +Terrie L. Adams,    1720 Autumn Meadow Dr.,    Fairfield, CA 94534-3923
10617847       +Texas Dept of Savings & Mortgage Lending,    2601 N. Lamar, Suite 201,    Austin, TX 78705-4207
10617848       +Texas Real Estate Services,    Attn: Oliver Bishop,    7607 Eastmark Dr, Suite 250,
                 College Station, TX 77840-4030
10617849       +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SO 57117-6497
10617850       +The CBE Group, Inc.,    131 Tower Park Dr, Suite 100,    Waterloo, IA 50701-9588
10617851       +Thomas Greely,    3636 Chestnut Ave.,    Concord, CA 94519-2419
10617852       +Thomas R. Solder,    14889 Tangelo Blvd,    West Palm Beach, FL 33412-1720
10617853       +Tomi Shmaisani,    6714 wild Pecan Trail,    Houston, TX 77084-6499
10617855       +Trina Desiree Lanza,    Personal and Confidential,    731 E Southlake Blvd,
                 Southlake, TX 76092-6377
10617854       +Trina Desiree Lanza,    Personal and Confidential,    806 W Abram St,    Arlington, TX 76013-6903
10617857       +United General Title Insur Co.,    8310 S. Valley Hwy Rd #130,    Englewood, CO 80112-5878
10617858        United Recovery Systems,    POB 722929,    Houston, TX 77272-2929
10617860        Valentine Indep School District,    c/o McCreary Veselka Bragg & Allen PC,    17 S. Chadbourne #305,
                 San Angelo, TX 76903-5864
10617861       +Valentine Independent School District,    Tax Assessor-Collector,    P. O. Box 171,
                 Valentine, TX 79854-0171
10617865        Washington Mutual,    Po Box 1093,    Northridge, CA 91328
10617867        Washington Mutual Fa,    Po Box 1093,    Northridge, CA 91328
10617868       +Waste Management of Alameda County,    2625 W. Grandview Road,    Phoenix, AZ 85023-3110
10617869       +Wells Fargo Business Direct,    Small Business Line of Credit,    POB 348750,
                 Sacramento, CA 95834-8750
10617870       +West Asset Management,    7171 Mercy Road,    Omaha, NE 68106-2620
10617873       +William C. Larkin,    c/o C. Martin Gibson, Esq.,    394 Bel Marin Keys Blvd #3,
                 Novato, CA 94949-5655
10617874       +William C. Larkin,    4334 Oak St.,    Montgomery, AL 36105-2732
10617871       +William and Dione Coleman III,    310 Violet Rd.,    Hercules, CA 94547-1029
10617872       +William and Martha Coleman, Jr.,    711 Courtland St.,    Richmond, CA 94805-1540
10617875       +Willow Brook CA,    210 Twinbridge Circle,    Pleasant Hill, CA 94523-4708
10617876       +Yvonne Swartz,    c/o American Realty Group,    POB 775,    Keller, TX 76244-0775
10617877       +Zachary Wechsler,    6060 Center Drive, #825,    Los Angeles, CA 90045-1596
The following entities were noticed by electronic transmission on Jan 22, 2010.
tr             +EDI: QELSCHOENMANN.COM Jan 21 2010 21:13:00       E. Lynn Schoenmann,    800 Powell Street,
                 San Francisco, CA 94108-2006
smg             EDI: CALTAX.COM Jan 21 2010 21:13:00       CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
10617643       +EDI: AMEREXPR.COM Jan 21 2010 21:13:00       Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
10617649       +EDI: ARSN.COM Jan 21 2010 21:13:00       Associated Recovery,    ARS National,    POB 463023,
                 Escondido, CA 92046-3023
10617654       +E-mail/Text: ACF-EBN@acf-inc.com                            Atlantic Crd,    POBox 13386,
                 Roanoke, VA 24033-3386
```

```
District/off: 0971-3           User: mbrannon            Page 4 of 5              Date Rcvd: Jan 21, 2010
Case: 10-30153                 Form ID: SF1              Total Noticed: 247

The following entities were noticed by electronic transmission (continued)
10617658       +EDI: BANKAMER2.COM Jan 21 2010 21:13:00      Bank Of America,    Po Box 17054,
                Wilmington, DE 19850-7054
10617657       +EDI: BANKAMER2.COM Jan 21 2010 21:13:00      Bank Of America,    Po Box 1598,
                Norfolk, VA 23501-1598
10617661        EDI: BANKAMER2.COM Jan 21 2010 21:13:00      Bank of America,    POB 15184,
                Wilmington, DE 19850-5184
10617659        EDI: BANKAMER2.COM Jan 21 2010 21:13:00      Bank of America,    Overdraft Services,    POB 3609,
                Los Angeles, CA 90051-3609
10617660        EDI: BANKAMER.COM Jan 21 2010 21:08:00       Bank of America,    Small Business Line of Credit,
                POB 660312,    Dallas, TX 75266-0312
10617665        EDI: TSYS2.COM Jan 21 2010 21:13:00      Barclays Bank,    Travelocity Card,    POB 8802,
                Wilmington, DE 19899-8802
10617666       +EDI: TSYS2.COM Jan 21 2010 21:13:00      Barclays Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
10617678        EDI: CALTAX.COM Jan 21 2010 21:13:00       CA Franchise Tax Board,    Bankruptcy, PIT MS A340,
                POB 2952,    Sacramento, CA 95812-2952
10617679        EDI: CALTAX.COM Jan 21 2010 21:13:00       CA Franchise Tax Board,    Bankruptcy, BE MS A345,
                POB 2952,    Sacramento, CA 95812-2952
10617685        EDI: CBCSI.COM Jan 21 2010 21:13:00      CBCS,    POB 163250,    Columbus, OH 43216-3250
10617680        EDI: CAPITALONE.COM Jan 21 2010 21:13:00       Capital One,    Small Business Card,    POB 30285,
                Salt Lake City, UT 84130-0285
10617691       +EDI: CHASE.COM Jan 21 2010 21:13:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
10617693       +EDI: CHASE.COM Jan 21 2010 21:13:00      Chase Bank Usa, Na,    Po Box 15298,
                Wilmington, DE 19850-5298
10617694       +EDI: CHASE.COM Jan 21 2010 21:13:00      Chase Na,    800 Brooksedge Blv,
                Westerville, OH 43081-2822
10617696       +EDI: CITICORP.COM Jan 21 2010 21:13:00       Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10617713       +E-mail/PDF: megan@cbcnv.com Jan 22 2010 03:14:19       Credit Bureau Central,    POB 29299,
                Las Vegas, NV 89126-3299
10617714       +EDI: CREDPROT.COM Jan 21 2010 21:08:00       Credit Protection Asso,    13355 Noel Rd Ste 2100,
                Dallas, TX 75240-6837
10617715       +EDI: CREDPROT.COM Jan 21 2010 21:08:00       Credit Protection Assoc, LP,    13355 Noel Rd,
                Dallas, TX 75240-6602
10617724        EDI: DISCOVER.COM Jan 21 2010 21:13:00       Discover Fin Svcs Llc,    POB 15316,
                Wilmington, DE 19850-5316
10617738       +E-mail/Text: bankruptcysupport@flagstar.com                          Flagstar Bank,
                5151 Corporate Dr,    Troy, MI 48098-2639
10617744        EDI: CHASE.COM Jan 21 2010 21:13:00      Fusa Na,    900 N Market Street,    Wilmington, DE 19801
10617747       +EDI: RMSC.COM Jan 21 2010 21:13:00       GEMB PayPal Buyer Credit,    POB 981064,
                El Paso, TX 79998-1064
10617750       +E-mail/Text: dleabankruptcy@hrblock.com                        H&R Block,    One H&R Block Way,
                Kansas City, MO 64105-1905
10617753        EDI: IRS.COM Jan 21 2010 21:13:00     Internal Revenue Service,    POB 21126,
                Philadelphia, PA 19114-0326
10617773        EDI: PHINPLAZA.COM Jan 21 2010 21:13:00       Law Offices of Mitchell N. Kay, PC,    POB 9006,
                Smithtown, NY 11787-9006
10617793        EDI: NESF.COM Jan 21 2010 21:13:00       National Enterprise Systems,    29125 Solon Road,
                Solon, OH 44139-3442
10617810       +EDI: RMSC.COM Jan 21 2010 21:13:00       Paypal Buyer Credit - GEMB,    POB 981064,
                El Paso, TX 79998-1064
10617819       +E-mail/Text: banko@professionalrecovery.com
                Professional Recovery Systems,    20 Green Oaks Blvd #240,    San Jose, CA 95119-1399
10617824        EDI: PHINRJMA.COM Jan 21 2010 21:13:00       RJM Acquisitions, LLC,    575 Underhill Blvd, #224,
                Syosset, NY 11791-3416
10617844        E-mail/Text: CORPORATERISK@TDAMERITRADE.COM                         TD Ameri trade,    POB 2209,
                Omaha, NE 68103-2209
10617859       +E-mail/Text: bankruptcy@unum.com                         UNUM Life Insurance Company,
                2211 Congress st.,    Portland, ME 04122-0003
10617863        E-mail/Text: vci.bkcy@vwcredit.com                        VW Credit,    POB 3,
                Hillsboro, OR 97123-0003
10617862       +E-mail/Text: priscilla.lacey@vonage.com                         Vonage,    Attn: Bankruptcy Dept.,
                23 Main St.,    Holmdel, NJ 07733-2136
10617864       +EDI: CHASE.COM Jan 21 2010 21:13:00      Washington Mutual,    Small Business Loans,
                1301 Second Ave.,    Seattle, WA 98101-2005
10617866       +EDI: CHASE.COM Jan 21 2010 21:13:00      Washington Mutual Bank,    3990 S Babcock St,
                Melbourne, FL 32901-8902
10617869       +EDI: WFFC.COM Jan 21 2010 21:13:00       Wells Fargo Business Direct,
                Small Business Line of Credit,    POB 348750,    Sacramento, CA 95834-8750
                                                                                              TOTAL: 41

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10617777        Lisa Partin
10617644*       Amex,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
10617699*      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
10617739*      +Flagstar Bank,    5151 Corporate Dr.,    Troy, MI 48098-2639
10617800*      +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
                                                                                              TOTALS: 1, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

Case: 10-30153    Doc# 11    Filed: 01/23/10    Entered: 01/23/10 21:57:18    Page 6 of 7

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2010**              Signature:      *Joseph Speetjens*