# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Jeffrey Kent Johnston | Case No.: 10–30153 TEC 7 |
|    aka   Jeff Johnston | Chapter: 7 |
|    dba   Pride Mortgage | |
|    dba   Diversified Investment Properties | |
|    fdba  Lexis Properties | |
|    fdba  Silverado Properties | |
|    fdba  Nexis Properties | |
|    fdba  Seville Properties | |
|    fdba  Prescott Properties | |
|    fdba  Lexington Properties | |
|    fdba  Desperado Properties | |
|    fdba  Weston Properties | |
|    fdba  Bradford Properties | |
|        Debtor(s) | |

## ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below.

* A Certificate from the Approved Nonprofit Budget and Credit Counseling Agency that prior to the filing of the petition, provided the debtor services under Bankruptcy Code, Section 109(h).
*

IT IS HEREBY ORDERED that unless within **14 DAYS OF THE DATE OF THIS ORDER**, the debtor(s) file(s) the document(s) listed above, the court **MAY DISMISS** this case without further notice or hearing.

IT IS HEREBY ORDERED that unless **WITHIN 45 DAYS AFTER THE PETITION DATE**, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §§521(a)(1); (b) files a written request under 11 U.S.C. §§521(i)(3) for additional time to do so; or (c) **OBTAINS AN ORDER** excusing the filing of the documents, **THIS CASE WILL BE AUTOMATICALLY DISMISSED**, pursuant to 11 U.S.C. §§521(I).

Dated: <u>1/21/10</u>

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
The following entities were noticed by first class mail on Jan 23, 2010.
db          Jeffrey Kent Johnston,  P.O. Box 14455,  San Francisco, CA  94114-0455

The following entities were noticed by electronic transmission.
NONE.                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2010**                    **Signature:**    *Joseph Speetjens*