

**FILED**
FEB - 3 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

10 30153

Certificate Number: 00555-CAN-CC-009803943

## CERTIFICATE OF COUNSELING

I CERTIFY that on February 3, 2010, at 6:30 o'clock PM CST,

Jeffrey K Johnston received from

Advisory Credit Management, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 3, 2010

By     /s/Elvira Soto

Name   Elvira Soto

Title  Counselor

---

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# Facsimile Transmittal

# FAX



|  |  |
|---|---|
| To: Clerk | From: Jeff Johnston |
| Fax Number: 4152682303 | Date: 02/03/2010 |
| Pages: 2 (including cover page) | |
| Re: Johnston, Chapter 7, Case #10-30153 TEC 7, Credit Counseling | |

Comments:

Please find attached is the credit counseling certificate pursuant to Judge Carlson's order of Jan. 21, 2010 in this regard.

Jeff Johnston
Debtor

415-404-6707 cell
815-642-4117 fax