# FILED

APR - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Certificate Number: 11557-CAN-DE-010508421

Bankruptcy Case Number: 10-30153

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 6, 2010 , at 7:27 o'clock AM MDT ,

Jeff K. Johnston completed a course on personal financial

management given by internet by

Academy of Financial Literacy ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of California .

Date: April 6, 2010          By    /s/Phillip Eugene Day

                             Name  Phillip Eugene Day

                             Title Owner

# Facsimile Transmittal



| | |
|---|---|
| **To:** Clerk | **From:** Jeff Johnston |
| **Fax Number:** 4152682303 | **Date:** 04/06/2010 |
| **Pages:** 2 (including cover page) | |
| **Re:** BKY case 10-30153 post-filing counseling certificate | |

**Comments:**

Please find attached is the post-filing education certificate.